UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON KOONTZ,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No.: 20cv1336-DMS (MSB)<br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS [ECF NO. 18]** |

On September 29, 2020, the parties filed a "Joint Stipulation Re: Protective Order," which the Court construes as a joint motion asking the Court to enter their Protective Order. (See No. 18.) The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion with the following modification(s):

1. The Court inserts Paragraph 12a as follows: "No document may be filed under seal, except pursuant to a court order that authorizes the sealing of the particular document, or portion of the document. A sealing order may issue only upon a showing that the information is privileged or protectable under the law. **The request must be narrowly tailored to seek sealing only of the confidential or privileged material**.

To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2.  In addition, a party must file a redacted version of any document that it seeks to file under seal.  The document must be titled to show that it corresponds to an item filed under seal, e.g., 'Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment.'  The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

2. The Court deletes the second sentence of Paragraph 19 and replaces it will the following: "This Court will retain jurisdiction over any and all disputes arising under this Protective Order for a period of **one (1) year** after the conclusion of the case."

**IT IS SO ORDERED.**

Dated:  October 2, 2020

Honorable Michael S. Berg
United States Magistrate Judge