# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILMAR & ASSOCIATES DBA PBA PAINTING COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 20CV1336-DMS-MSB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> Magistrate Judge Michael S. Berg <br> District Judge Dana M. Sabraw <br><br> Sup. Ct. Complaint Filed: May 26, 2020 |

Pursuant to the Joint Motion to Dismiss filed by the parties and good cause appearing therefore, the Court orders as follows:

This entire action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). **IT IS SO ORDERED.**

Dated: February 19, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court